■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY ALMONTE, Appellant. [827 NYS2d 678]—Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered on or about June 14, 2004, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Sullivan, Williams, Gonzalez and Malone, JJ.